## File Hashes for IP Address 108.45.142.204

**ISP:** Verizon FiOS
**Physical Location:** Rockville, MD

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/16/2014 00:20:38 | 0A23490A4EAB86108F82B874642118AAB248FA8C | Shes A Spinner |
| 10/15/2014 23:59:21 | 7CDFEC28EBA0059E6754F9B64F0C7A0ECBB84A51 | Taste Me |
| 09/26/2014 17:37:38 | D5722016F335F949AAA662DB0B7D933E4804C8F7 | Tiffanys Tight Ass |
| 09/26/2014 00:20:14 | 694BEC5025175749DADB06BA6820AC75DE1DA7DB | Sparks |
| 09/26/2014 00:11:40 | EE8B0EBB9BF26446B57B196EBB1B0899B028F40D | Cum On The Floor |
| 09/26/2014 00:02:17 | 4500B8C361ED14F92B1E40AD5276716FA4320A1F | Four Ways |
| 09/14/2014 01:44:11 | F8A75ED565F021A22C431D42495967591D1E4291 | Raw Passion |
| 07/14/2014 00:07:14 | D5607606B508A6767D2B3CA42B08927EA427F4C2 | Lovers Way |
| 07/13/2014 23:51:24 | 00B00982FBAB68D332186C1F33727B3A5DF58CDA | Sexy In The City |
| 07/13/2014 23:46:27 | 647FDB5548A79F98FEFF5CB4477E3EC762A61C39 | Go Down On Me |
| 07/13/2014 23:45:44 | 490E7EA3913E2C780D5A3CE63F905003F98B7C86 | Coming Late |
| 07/05/2014 10:52:18 | 5A0B3969D247FF488474ED7FD6744A09467B8FD3 | Cut Once More Please |
| 04/05/2014 00:32:58 | FA08E3AC90584CAFB74CD2224EE605992C36104E | Insanely Gorgeous |
| 04/05/2014 00:32:41 | E8D51350DFB360187BDF1A1A1094769D4C342E32 | Fascination With My Body |
| 04/05/2014 00:32:37 | 20DA2A121DBF369ED25419C4F7F4A0C0EBFBA6BC | Just the Three of Us |
| 04/05/2014 00:31:32 | 955B0791290A61C89B86A4D2BB2E9A684EC4BF74 | Fashion Fantasy |
| 03/21/2014 00:00:30 | FFBDAD43FCF39BB8C58A37B760EFC15965E9BC27 | Truth or Dare |
| 12/31/2013 20:34:57 | A6FD1EB10BF4DC02E02407F5F364C9448F04FE94 | Good Night Kiss |
| 12/31/2013 20:30:23 | 0036F44C759375EE5B08BA6682E209AB348C8758 | A Christmas Story |
| 12/31/2013 20:29:51 | BA6F7049F5D9291359EB8DC20732498C8697CAC3 | Photo Finish |
| 12/31/2013 20:16:35 | 6FCB4053195BC73B780B25F9109D1AD4AADC61D0 | Sweetest Dreams |
| 12/31/2013 20:16:18 | 71C3C4D8314C6E615DED70E7BEDB417086C89D5D | Intimate Experience |

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/31/2013 20:12:19 | 6F5C2DD799085C3804540ACA9CE162DBDCE3E581 | Awakening |
| 12/31/2013 20:06:17 | D5870D4CA6BE07B2CAB96B895FD5A99FC6D08C2C | LA Plans |
| 12/31/2013 20:05:13 | 2921D063D086ADF1454AD6C838189978EEDF4E1B | Grow Up With Me |
| 10/20/2013 12:14:30 | 9E7F2C44FC5FF766611D8E6F0D234BE90D55ED41 | Warm Inside |
| 10/20/2013 12:12:08 | 5E4E56FFCA7FFEC3030753FB84633B97FA611697 | Triple Threat |
| 10/20/2013 12:01:34 | 2254490787AD678307448316AAB82E613D266D98 | Cassie My Love |
| 10/20/2013 11:35:27 | 7BB714EB7673E5ED9B639768B1ED9DE0A05F1EE5 | The Best Blondes |
| 10/20/2013 10:41:45 | 2B6E4F8693129CB7D1CD546541C66F0ECF9B1CA4 | Vacation Fantasy |
| 10/20/2013 10:25:17 | 91DC7B1778E4991271119B567B0420D9167F7DD6 | Alone Is A Dream Left Behind |
| 10/20/2013 10:24:22 | EA99AC7173DF533451FF49AFCE1632E534DFDDE4 | In Love with a Girl |
| 10/20/2013 09:51:10 | 3C72C1965FC779FB34231AB4DD79D58BC19A3FC8 | A Perfect Match |
| 10/20/2013 09:13:45 | 66B0F25BC406B454766912EC8DCDA9739BC367B9 | The Journey |
| 10/20/2013 08:39:49 | BE6EC2BD6D8815907EDE326CBE3D4E409BE1D69D | A Wonderful World |
| 10/20/2013 07:38:51 | BBD83E6D52EDD0B97D6B74C4A31116C827A75155 | Introducing Mila |

**Total Statutory Claims Against Defendant: 36**